{¶ 1} This cause is pending before the court on a complaint for a writ of prohibition. Respondents have filed a motion to dismiss for failure to state a claim on which relief can be granted, and relator has filed a memorandum in opposition.
{¶ 2} The Ohio Department of Commerce and Director Kimberly A. Zurz have filed a motion for leave to intervene as respondents and a motion to dismiss. Amicus curiae Associated Builders & Contractors, Inc., Central Ohio Chapter, has filed a motion for leave to file a memorandum opposing respondents’ motions to dismiss.
{¶ 3} The motion for leave to intervene is granted. The motion of amicus curiae for leave to file a memorandum in opposition is also granted. On S.CtPrac.R. X(5) determination, the motions to dismiss are granted. This cause is therefore dismissed.
Moyer, C.J., and Pfeifer, O’Connor, and Cupp, JJ., concur.
Lundberg Stratton, O’Donnell, and Lanzinger, JJ., dissent.